IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DIVISION OF WEST VIRGINIA
Wheeling Division

CRAIG A. BROWN,

    Plaintiff,

vs.                                                                        Case No. 5:20-cv-222

XTREME CYCLES OUTLET, LLC
d/b/a XTREME SUZUKI OF WASHINGTON COUNTY, and
BRANCH BANKING AND TRUST COMPANY
d/b/a SHEFFIELD FINANCIAL, n/k/a TRUIST BANK,

    Defendants.

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that a settlement has been reached between the Plaintiff and Defendants, Xtreme Cycles Outlet, LLC d/b/a Xtreme Suzuki of Washington County, and Branch Banking and Trust Company d/b/a Sheffield Financial, n/k/a Truist Bank.

The parties are in the process of completing the settlement and will submit dismissal orders upon completion.

                                                     CRAIG A. BROWN, Plaintiff

            By:     /s/  *Jason E. Causey*
                     JASON E. CAUSEY #9482
                     BORDAS & BORDAS, PLLC
                     1358 National Road
                     Wheeling, WV  26003
                     (304) 242-8410
                     jcausey@bordaslaw.com
                     *Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DIVISION OF WEST VIRGINIA
Wheeling Division

CRAIG A. BROWN,

    Plaintiff,

vs.                                                  Case No. 5:20-cv-222

XTREME CYCLES OUTLET, LLC
d/b/a XTREME SUZUKI OF WASHINGTON COUNTY, and
BRANCH BANKING AND TRUST COMPANY
d/b/a SHEFFIELD FINANCIAL, n/k/a TRUIST BANK,

    Defendants.

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 11th day of November, 2021, I served the foregoing **NOTICE OF SETTLEMENT** upon counsel of record, via email and by depositing true copies thereof in the United States mail, postage prepaid, in envelopes addressed as follows:

| | |
|---|---|
| P. Joseph Craycraft, Esq.<br>Kevin M. Ward, Esq.<br>SWARTZ CAMPBELL, LLC<br>1233 Main Street, Suite 1000<br>Wheeling, WV 26003<br>*Counsel for Defendant Xtreme Cycles Outlet, LLC d/b/a Xtreme of Washington County* | Jason E. Manning, Esq.<br>Troutman Pepper Hamilton Sanders, LLP<br>222 Central Park Ave., Suite 2000<br>Virginia Beach, VA 23462<br>*Counsel for Branch Banking and Trust Company d/b/a Sheffield Financial, n/k/a Trust Bank* |

                                                          CRAIG A. BROWN, Plaintiff

                    By:    /s/ *Jason E. Causey*
                                  JASON E. CAUSEY #9482
                                  BORDAS & BORDAS, PLLC
                                  1358 National Road
                                  Wheeling, WV 26003
                                  (304) 242-8410
                                  jcausey@bordaslaw.com
                                  *Counsel for Plaintiff*