IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**CRAIG A. BROWN,**

        Plaintiff,

v.

**CIVIL ACTION NO. 5:20-CV-222**
Judge Bailey

**XTREME CYCLES OUTLET, LLC**, d/b/a Xtreme Suzuki of Washington County, and **BRANCH BANKING AND TRUST COMPANY**, d/b/a Sheffield Financial n/k/a Truist Bank,

        Defendants.

## ORDER DISMISSING CASE

Inasmuch as this Court has been advised that the parties have reached a settlement agreement on all matters in the above-styled action, it is **ORDERED** that this civil action be, and the same is hereby, **DISMISSED WITH PREJUDICE** and retired from the docket of this Court, subject to reopening on motion of any party, and for good cause shown, within ninety (90) days.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: December 16, 2021.

                                              JOHN PRESTON BAILEY
                                              UNITED STATES DISTRICT JUDGE